IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OMAR S. FOLK, :
        Plaintiff :
   v. : Case No. 3:24-cv-117-KAP
COLETTE PETERS, Director, Bureau of :
Prisons, *et al.*, :
        Defendants :

## Memorandum Order

Plaintiff has filed two motions listed as pending, a "motion for status update," ECF no. 9, and a "motion to file preliminary injunctive relief," ECF no. 11. The former asks for the status of plaintiff's appeal of my denial of his motion to proceed *in forma pauperis*. The appeal is pending. The latter asks for a variety of things and was taken by the Clerk to be a motion for preliminary injunction. Because no complaint is pending, to the extent ECF no. 11 is intended as a motion under Fed.R.Civ.P. 65 it is denied without prejudice to being considered if plaintiff pays the filing fee or is granted leave to proceed *in forma pauperis*.

The Clerk can terminate ECF no. 9 as granted herein and ECF no. 11 as denied without prejudice.

DATE: December 11, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Omar S. Folk, Reg. No. 70338-067
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701